**CONSUMER CREDIT COUNSELING**

**SERVICE OF ALABAMA, INC.**   *Plan to Prosper!*

Farmer - Wilson Building
640 S. Lawrence St.
Montgomery, Alabama 36104

# CCCSA PFMI Course Completion Certificate

Certificate ID: 20130805034502
Bankruptcy Case Number: 13-30556

I CERTIFY that on August 5, 2013, Keisha Matthews received from Consumer Credit Counseling Service of Alabama, an agency approved pursuant to 11 U.S.C. § 111 as a provider of personal financial management instructional courses in the Southern, Middle, and Northern Districts of Alabama, an individual or group instruction that complied with the provisions of 11 U.S.C. § 111.

By: Glenda Wynn        Date: August 6, 2013

Title: Counselor        Signature: *Glenda Wynn*

*In order to receive a discharge, individuals who file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of course completion from the provider of the personal financial management instructional courses. See 11 U.S.C. §§ 111 and 727 (a)(11).