In re                                               Case No. 13-30556-DHW
                                                          Chapter 13

KEISHA MATTHEWS
      XXX-XX-4075

Debtor

## CHAPTER 13 NOTICE OF
## COMPLETION OF CHAPTER 13 PAYMENTS

Comes now the Chapter 13 Trustee in the above styled case and hereby gives notice of the debtor's completion of the Chapter 13 plan payments pursuant to 11 USC §1328(a).

Done Friday, June 3, 2016.

Office of the Chapter 13 Trustee                  **/S/ Curtis C. Reding**
P. O. Box 173                                                  Curtis c. Reding, Trustee
Montgomery, AL 36101
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Curtis C. Reding, certify that I have served a copy of the foregoing CHAPTER 13 NOTICE OF COMPLETION OF CHAPTER 13 PAYMENTS on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed.

Done, Friday, June 3, 2016.

                                                                   **/S/ Curtis C. Reding**
                                                                   Curtis c. Reding, Trustee

cc: Debtor (s)
     Debtor Attorney
     All Creditors